UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROGERS, and others, <br>           Plaintiffs, <br>     v. <br> TEREX CORPORATION, and others, <br>           Defendants. | Case No. 20-cv-05329-NC <br><br> **PRETRIAL SCHEDULING ORDER** |

The parties attended a Pretrial Conference on October 26, 2022. Prior to trial set to begin on November 7, 2022, IT IS HEREBY ORDERED THAT the following deadlines are set:

1. PRETRIAL SUBMISSIONS AMENDMENTS:

   - Any amendments to the parties' pretrial submissions pursuant to ECF 70 must be filed on or before **November 2, 2022**.

2. COVID-19 PRECAUTIONS:

   - The Court presently does not require jurors to obtain the COVID-19 vaccine and/or booster. However, the parties may stipulate to requiring all jurors to be vaccinated against COVID-19 by **November 2, 2022**.

   - The parties must also alert the Court as to whether any witnesses or representatives require elevated COVID-19 precautions by **November 2, 2022**.

3. REMOTE APPEARANCES: Parties must alert the Court as to whether any witnesses or representatives will appear by telephone and/or Zoom videoconference by **November 2, 2022**.

4. COURTROOM ASSIGNMENT: The Court will alert the parties to the final trial courtroom assignment upon confirmation.

The trial will take place in Courtroom 8, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge